# Court of Appeals
# of the State of Georgia

ATLANTA,　March 26, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1161. MICHAEL CRANSTON v. EREHWON, LLC et al.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Michael Cranston appealed to the superior court, which issued a writ of possession in favor of the plaintiffs in October 2020 and subsequently granted the plaintiffs' motion for summary judgment on Cranston's counterclaim in an order entered on December 18, 2020. Cranston filed this direct appeal on January 19, 2021. We lack jurisdiction for two reasons.

First, appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also *Rebich v. Miles*, 264 Ga. 467, 469 (448 SE2d 192) (1994) ("[T]he underlying subject matter generally controls over the relief sought in determining the proper procedure to follow to appeal."). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Cranston's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal.

Second, even if a direct appeal were proper in this case, this appeal is untimely. While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999).

Cranston's appeal was untimely filed 32 days after the superior court's most recent order was entered.

For each of these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 03/26/2021*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                *, Clerk.*